# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:09-cr-312 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JASON C. LENHART, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on March 21, 2022.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on October 16, 2023. After the government dismissed violation number 2, the defendant admitted to the following violations:

1. New Law Violation;
3. Failure to Obtain Employment.

The magistrate judge filed a report and recommendation on December 21, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 3.

---

[1] A Superseding Violation Report was filed on March 7, 2023, and Supplemental Violation Reports were filed on March 7, 2023 and November 20, 2023, for the purpose of updating the Court with relevant information.

A final supervised release violation hearing was conducted on January 12, 2024. Present were the following: Assistant United States Attorney Peter Daly, representing the United States; Attorney Edward Bryan, representing the defendant; the defendant Jason C. Lenhart, and United States Probation Officer Mark Roth.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 3.

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a term of 48 months as to violation number 1 and 3, and 37 months as to count 2 in the underlying offense in violation number 1, to be served concurrently for an aggregate term of 48 months. This term is to be served consecutively with the term of imprisonment imposed in the Trumbull County Court of Common Pleas, case number 2023CR147. The defendant is to receive credit for time served since his federal detainer on April 7, 2022. No term of supervised release to follow.

**IT IS SO ORDERED**.

Dated: January 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE SARA LIOI**
　　　　　　　　　　　　　　　　　　　　　　　　**CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**